IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHELLE BILLIOT**                                                              **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 1:21-cv-81-TBM-RPM**

**GEICO INSURANCE AGENCY, INC**                                **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this date, GEICO'S Motion for Summary Judgment [25] is granted. The Court finds that this action should be dismissed. This CASE is CLOSED.

This, the 27th day of April 2022.

                                                               TAYLOR B. McNEEL
                                                                UNITED STATES DISTRICT JUDGE